**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> D&A CORPORATION d/b/a BAKERSFIELD WHOLESALE FOODS, a California Corporation, ABDO AEZAH, an individual, MALAKA M. AEZAH, an individual, FAHD AIZAH, an individual, DAVID AEZAH, an individual, and DOES 1 THROUGH 100, inclusive, <br><br> Defendants. | 1:04-CV-6737 OWW <br><br> ORDER RE DEFAULT JUDGMENT |

The Court has received a letter dated April 12, 2005, from counsel for Plaintiff American Express, Ira N. Glauber, regarding entry of a motion for default and a request for attorneys' fees. Under Local Rules, such letters to the Court are not an authorized means for entering orders. A duly noticed motion, properly filed pursuant to the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of California, is necessary.

1

The Motion for Preliminary Injunction against Defendants Abdo and David (Doc. 30) was not discussed by the parties at the April 4, 2005, hearing.  If injunctive relief is still sought, this subject needs to be addressed.

**SO ORDERED.**
**DATED: April 20, 2005.**

                                      **/s/ OLIVER W. WANGER**
                                      _____
                                        **Oliver W. Wanger**
                                  **UNITED STATES DISTRICT JUDGE**