E. Warren Gubler, #109317
Steven M. Koch, #222938
GUBLER & IDE
1110 N. Chinowth Street
Visalia, CA 93291
Telephone: (559) 625-9600
Facsimile: (559) 625-9605

Ira N. Glauber, Esq.
JAFFE & ASHER LLP
600 Third Avenue
New York, NY 10016
Telephone: (212) 687-3000
Facsimile: (212) 687-9639

Attorneys for American Express
Travel Related Services Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York Corporation, <br><br>   Plaintiff, <br><br> v. <br><br> D&A CORPORATION dba BAKERSFIELD WHOLESALE FOODS, a California Corporation, ABDO AEZAH, an Individual, MALAKA M. AEZAH, an Individual, FAHD AIZAH, an Individual, and DOES 1 through 100, Inclusive, <br><br>   Defendants. | Case No. CIV-F-04-6737 OWW TAG <br><br> **ORDER GRANTING DEFAULT JUDGMENT** |

On July 11, 2005 at 10:00 a.m. on a duly noticed and calendared

1 motion came before the Honorable W. Oliver Wanger.  A hearing was
2 held regarding default judgment in the above captioned matter.

3     It appears to the court that this notice and motion has been
4 properly served on the responding parties, Abdo Aezah and D&A
5 Corporation dba Bakersfield Wholesale Foods.  From the record it
6 appears that D&A Corpoation dba Bakersfield Wholesale Foods Inc.
7 received credit from American Express and used that credit on an
8 American Express card.  The corporation has a past due balance to
9 American Express in the amount of $3,683,320.97.  Therefore, the
10 plaintiff has established the amount due and owing to the
11 corporation.  There appears that there has been no response from the
12 respondents and the amount is uncontested.  Based upon the court's
13 review of the record, it appears as though the individual Abdo Aezah
14 had a personal guarantee on the account and therefore is also liable
15 and judgment shall be entered against him in the amount of
16 $3,683,320.97.

17     It appears to the court that the First Amended Complaint has
18 seven causes of action.  However, based on the review of the court
19 record it appears that judgment should be awarded on breach of
20 contract and the account stated.

21     Therefore it is ordered that judgment be entered against Abdo
22 Aezah, D&A Corporation dba Bakersfield Wholesale Foods Inc. for
23 breach of contract and account stated in the amount as prayed for
24 in the amount of $3,683,320.97 plus costs of filing suit.  Good
25 cause of showing and appearing it is hereby ordered.
26

1  ///

2  ///

3  ///

4

5  IT IS SO ORDERED.

6  Dated:         August 2, 2005          /s/ OLIVER W. WANGER

7                                          United   States   District   Court
                                           Judge Oliver W. Wanger
8