1   Steven M. Koch, #222938
    GUBLER & IDE
2   1110 N. Chinowth Street
    Visalia, CA 93291
3   Telephone: (559) 625-9600
    Facsimile: (559) 625-9605
4
    Ira N. Glauber, Esq. (admitted *pro hac vice*)
5   JAFFE & ASHER LLP
    600 Third Avenue
6   New York, New York 10016
    Tel: (212) 687-3000
7   Fax:  (212) 687-9639

8   Attorneys for Plaintiff American Express
    Travel Related Services Company, Inc.
9

10              IN THE UNITED STATES DISTRICT COURT,

11          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

12                            -o0o-

13  AMERICAN EXPRESS TRAVEL RELATED   ) Case No. CIV-F-04-6737 OWW
    SERVICES, INC.                    )
14            A NEW YORK CORPORATION  )
                                      )
15            Plaintiff,              )
                                      )
16                                    )
                                      )
17            vs.                     )  DEFAULT JUDGMENT BY COURT
    D&A CORPORATION dba BAKERSFIELD   )
18  WHOLESALE FOODS, A CALIFORNIA     )
    CORPORATION, ABDO AEZAH, AN       )
19  INDIVIDUAL, ET AL.                )
                                      )
20            Defendants.             )
    ——————————————————————————————————)
21
                              -o0o-
22
            The Defendants, D&A CORPORATION dba BAKERSFIELD WHOLESALE
23
    FOODS, AND ABDO AEZAH, having failed to appear and answer
24
    Plaintiff's complaint within the time allowed by law, and the
    25

    26

GUBLER & IDE
ATTORNEYS AT LAW
VISALIA, CA
                            -1-

1    default of said Defendants having been duly entered, upon

2    application of Plaintiff to the Court, and the Court having read the

3    Affidavit of Ira N. Glauber in Support of Default Judgment by Court

4    and considered the evidence, the Court orders the following

5    judgment:

6

7              **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff

8    AMERICAN EXPRESS TRAVEL RELATED SERVICES INC. recover from Defendant

9    D&A CORPORATION dba BAKERSFIELD WHOLESALE FOODS AND ABDO AEZAH the

10   principal sum of $3,683,320.97, and a total of $3,683,320.97.

11

12   DATED:   August 10, 2005

13

14

15   _____
                                    /s/ OLIVER W. WANGER
16                                  Honorable Oliver Wanger
                                    United States District Judge
17

18

19

20

21

22

23

24

25

26

GUBLER & IDE
ATTORNEYS AT LAW
VISALIA, CA

-2-