UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York Corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>D&A CORPORATION dba BAKERSFIELD WHOLESALE FOODS, a California Corporation, et al.,<br><br>        Defendants.<br>_____/ | **1:04-cv-6737 OWW TAG**<br><br>**ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENT (L.R. 5-133)**<br><br>**DATE:    9/26/05**<br>**TIME:    10:00 a.m.**<br>**COURTROOM TWO** |

TO:   EDMUND WARREN GUBLER and IRA N. GLAUBER:

On January 3, 2005, this court became an electronic filing district, requiring all attorneys to register for the court's electronic filing system (CM/ECF), and except where excused by the court or by Local Rule, to file all documents electronically.  You were given written notice on June 7, 2005, and again on August 4, 2005, directing you to register for CM/ECF.  To date, you have failed to register.

YOU ARE HEREBY ORDERED TO APPEAR on September 26, 2005, at 10:00 a.m., and show cause why sanctions should not be imposed for your failure to comply with the court's electronic filing requirements.

DATE:    September 13, 2005

<u>/s/   Oliver W. Wanger</u>
OLIVER W. WANGER
U.S. District Judge