**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address):* | TEL NO.: |
|---|---|
| [X] Recording requested by and return to: (559) 625-9600 | |
| Steven M. Koch, #222938<br>GUBLER & IDE<br>1110 N. Chinowth Street<br>Visalia, CA 93291 | |

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CA
STREET ADDRESS: 1130 O Street
MAILING ADDRESS:
CITY AND ZIP CODE: Fresno, CA 93271
BRANCH NAME: Fresno Division

PLAINTIFF: American Express Travel Related Services Company, Inc.

DEFENDANT: D&A Corporation dba Bakersfield Wholesale Foods, et al.

**ABSTRACT OF JUDGMENT**  [ ] Amended

FOR RECORDER'S USE ONLY

CASE NUMBER:
CIV-F-04-6737 OWW TAG

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
    a. Judgment debtor's
       Name and last known address
       Abdo Aezah
       2516 El Portal Drive
       Bakersfield, CA 93309

    b. Driver's license No. and state:     [X] Unknown
    c. Social security No.:     [X] Unknown
    d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* Abdo Aezah
       402 California Ave
       Bakersfield, CA 93309
    e. [ ] Original abstract recorded in this county:
       (1) Date:
       (2) Instrument No.:

    f. [X] Information on additional judgment debtors is shown on page two.

Date: November 11, 2005
Steven M. Koch, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.
3. Judgment creditor *(name and address):*
   American Express Travel Related Services Company, a New York Corporation
4. Judgment debtor *(full name as it appears in judgment):*
   D&A Corporation dba Bakersfield Wholesale Foods, a California Corporation, Abdo Aezah, an Individual

6. Total amount of judgment as entered or last renewed:
   $ 3,683,320.97
7. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
   a. Amount: $ 0.00
   b. In favor of *(name and address):*

[SEAL]

5. a. Judgment entered on *(date):* August 2, 2005
   b. Renewal entered on *(date):*

   This abstract issued on *(date):*
   11/14/05

8. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until *(date):*
9. [ ] This judgment is an installment judgment.

Clerk, by ____S. Robles____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2003]

**ABSTRACT OF JUDGMENT (CIVIL)**

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: American Express Travel Related Services Company, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT: D&A Corporation dba Bakersfield Wholesale Foods, et al. | CIV-F-04-6737 OWW TAG |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

**10.** Name and last known address

D&A Corporation
dba Bakersfiled Wholesale Foods
402 California Ave
Bakersfield, CA 93309

Driver's license No. & state: [X] Unknown
Social security No.: [X] Unknown
Summons was personally served at or mailed to (address):
402 California Ave
Bakersfield, CA 93309

**14.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**11.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**15.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**12.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**16.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**13.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**17.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**18.** [ ] Continued on Attachment 18.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

- - AMERICAN EXPRESS TRAVEL
RELATED SERVICES, INC.,,

CASE NO: 1:04-CV-06737-OWW-TAG

V.

D A CORPORATION, ET AL.,

_____

**XX** -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 8/2/05**

Jack L. Wagner
Clerk of the Court

ENTERED:   **August 3, 2005**

by: /s/ - R. Carter-Ford
Deputy Clerk