E. Warren Gubler, #109317
Steven M. Koch, #222938
GUBLER & IDE
1110 N. Chinowth Street
Visalia, CA 93291
Telephone: (559) 625-9600
Facsimile: (559) 625-9605

Ira N. Glauber, Esq.
JAFFE & ASHER LLP
600 Third Avenue
New York, NY 10016
Telephone: (212) 687-3000
Facsimile: (212) 687-9639

Attorneys for American Express
Travel Related Services Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>D&A CORPORATION dba BAKERSFIELD WHOLESALE FOODS, a California Corporation, ABDO AEZAH, an Individual, MALAKA M. AEZAH, an Individual, FAHD AIZAH, an Individual, and DOES 1 through 100, Inclusive,<br><br>    Defendants. | Case No. CIV-F-04-6737 OWW TAG<br><br>**ORDER GRANTING APPLICATION TO SELL DWELLING** |

This matter came regularly scheduled before the Honorable

1 Oliver W. Wanger in the United States District Federal Court in
2 department 3 on Monday June 5, 2005 at 10:00 a.m. Appearing for the
3 plaintiff, American Express Company, was Steven M. Koch of the law
4 office of Gubler & Ide. No appearance on the record for the
5 defendant, Abdo Aezah was made.

6     The Court having reviewed the moving documents and made the
7 following findings of law. That Abdo Aezah was the defendant in the
8 above captioned matter and judgment was entered against him on
9 August 10, 2005. That the plaintiff had an Abstract of Judgment
10 recorded in Kern County on or about November 16, 2005. That the
11 plaintiff had a Writ of Execution, issued by the court, for Kern
12 County. That by and through that Writ of Execution the real property
13 was levied on or about April 3, 2006. From the record, it appears
14 as though all of the requirements have been met and the Court finds
15 as a matter of law that all the requirements for the sale of a
16 dwelling have been followed by the plaintiff. The Court also finds
17 as a matter of law that the defendant, Abdo Aezah, has properly
18 recorded a Homestead Exemption in the amount of $75,000.00. The
19 Court finds that as a matter of law the defendant, Abdo Aezah, is
20 entitled to a $75,000.00 claim of exemption pursuant to CCP 704.710
21 (b)(2)A in that the judgment debtor resides in the home and that at
22 least one minor child dependent resides in the home with him as
23 well.

24     Therefore, it is ordered that the dwelling located at 2516 El
25 Portal Drive in Bakersfield, California 93309 be sold by the sheriff
26

and that the proceeds of the sale are subject to the lien of the first deed of trust and the Homestead Exemption of Abdo Aezah in the amount of $75,000.00.

**ORDER**

IT IS SO ORDERED.

**Dated:   June 9, 2006**             /s/ Oliver W. Wanger
emm0d6                                UNITED STATES DISTRICT JUDGE

GUBLER & IDE
ATTORNEYS AT LAW
VISALIA, CA

-3-

ORDER GRANTING APPLICATION TO SELL DWELLING