Steven Koch, Esq. (SBN 222938)
GUBLER & IDE
1110 North Chinowth Street
Visalia, California 93291
Tel: (559) 625-9600
Fax: (559) 625-9605

Ira N. Glauber, Esq.
JAFFE & ASHER LLP
600 Third Avenue
New York, New York 10016
Tel: (212) 687-3000
Fax: (212) 687-9639

Attorneys for Plaintiff American Express
Travel Related Services Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-----------------------------------------------------------

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York Corporation, | : : : | Case No. Civ-F-04-6737 OWW |
| Plaintiff, | : | STIPULATION AND ORDER REGARDING DISCOVERY |
| v. | : | |
| D&A CORPORATION d/b/a BAKERSFIELD WHOLESALE FOODS, a California Corporation, ABDO AEZAH, an Individual, MALAKA M. AEZAH, an Individual, DAVID AEZAH, an Individual, and DOES 1 through 100, Inclusive, | : : : : : | |
| Defendants. | : | |

-----------------------------------------------------------x

1

**STIPULATION**

This Stipulation is dated as of September 15, 2006 by and between David Aezah and David Aezah d/b/a Bakersfield Grocery Wholesale (collectively "D. Aezah") and American Express Travel Related Service, Inc. ("American Express"), a New York corporation whose principal place of business is American Express Tower, World Financial Center, New York, New York.

**WHEREAS**, plaintiff American Express has commenced the above-captioned action to collect credit card debt (the "Action"); and

**WHEREAS**, in the Action, American Express has obtained a judgment against Abdo Aezah and Bakersfield Wholesale Foods in the amount of $3,683,320.97;

**WHEREAS**, according to D. Aezah, on about May 10, 2006, D. Aezah purchased real property and/or other assets located in the State of Mississippi (the "Subject Property"), the purchase price for which is reflected, in whole or in part, by checks issued by Bakersfield

Grocery Wholesale on April 20, 2006 (Check Nos. 1503) and on May 10, 2006 (Check Nos. 1506, 1509, 1522, 1524);

**WHEREAS**, according to D. Aezah, D. Aezah retains title to and control over the Subject Property;

**NOW, THEREFORE**, it is hereby agreed as follows:

1. **Recitals**.  The foregoing recital paragraphs are incorporated into and form a part of this Stipulation.  D. Aezah represents that each factual statement made in the recital paragraphs with respect to the Subject Property is true and accurate.
2. **Restrictions with Respect to Subject Property.**  D. Aezah agrees that, pending the continuation and completion of his deposition before trial in the above-captioned matter, neither he nor any agent nor any other person under his control or acting on his behalf will:  (1) sell or otherwise transfer the Subject Property, or any interest therein; or (2) take any affirmative action that would impose a lien, mortgage, security interest, or other encumbrance, on the Subject Property.
3. **Closing Documents.**  Within seven (7) days of execution of this stipulation, D. Aezah or his counsel will deliver copies to counsel for American Express of all documents concerning the purchase of the Subject Property, including, but not limited to, any correspondence, memoranda, faxes, e-mails, closing binders, settlement statements, agreements of purchase, UCC filings, financing documents and/or documents identifying the location and legal description of the property purchase.

**WHEREFORE**, the Parties have executed this Stipulation as of the 15th day of September, 2006.

JAFFE & ASHER LLP




_____/s/_____
Mark H. Moore, Attorney for
American Express Travel Related Services
Company, Inc.


KIMBLE, MacMICHAEL & UPTON



_____/s/_____
Henry Y. Chiu, Attorney for
David Aezah, individually and
d/b/a Bakersfield Grocery Wholesale


IT IS SO ORDERED.

Dated:   **September 21, 2006**            **/s/ Theresa A. Goldner**
**j6eb3d**                       UNITED STATES MAGISTRATE JUDGE