Steven Koch, Esq. (SBN 222938)
GUBLER & IDE
1110 North Chinowth Street
Visalia, California 93291
Tel: (559) 625-9600
Fax: (559) 625-9605

Ira N. Glauber, Esq.
JAFFE & ASHER LLP
600 Third Avenue
New York, New York 10016
Tel: (212) 687-3000
Fax: (212) 687-9639

Attorneys for Plaintiff American Express
Travel Related Services Company, Inc.

FILED

FEB 1 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
-------------------------------------------------------------x
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC., a New York
Corporation,

                          Plaintiff,

    v.

D&A CORPORATION d/b/a BAKERSFIELD
WHOLESALE FOODS, a California Corporation,
ABDO AEZAH, an Individual, MALAKA M.
AEZAH, an Individual, DAVID AEZAH, an
Individual, and DOES 1 through 100, Inclusive,

                         Defendants.
-------------------------------------------------------------x

Case No. Civ-F-04-6737 OWW

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff American Express Travel Related Services Company, Inc. ("American Express") and defendant David Aezah ("Aezah") as follows:

1.  The U.S. District Court for the Eastern District of California in the above-captioned action and/or any appellate court hearing on appeal therefrom shall be the court of competent jurisdiction referred to in the November 13, 2006 Agreement between American Express, Aezah, and others (the "Agreement") to decide which party is entitled to the proceeds from the sale of the Mississippi property referred to in the Agreement. If the above-mentioned courts fail or refuse to determine the issue, for any reason, the issue shall be determined by another court of competent jurisdiction, and failing that, the parties agree that the issue shall be submitted to arbitration before the American Arbitration Association, before a panel of three arbitrators. All other terms and conditions of the Agreement shall remain unchanged.

2.  The action commenced by American Express against Aezah and others in the U.S. District Court for the Southern District of Mississippi, Case No. 1:06 CV 960 LGRHW (the "Mississippi Action") shall be discontinued without prejudice. The discontinuance of the Mississippi Action shall be effectuated by American Express filing with the clerk of the Mississippi court a Notice of Dismissal without prejudice in the form annexed hereto as Exhibit A.

3.  Aezah consents to the filing by American Express of a third amended complaint in the above-captioned California action without prejudice to Aezah's right to move to dismiss the third amended complaint or any other substantive rights.

4.  Simultaneously upon execution of this stipulation, Aezah shall pay to Jaffe & Asher the sum of $1,500 representing plaintiff's travel expenses for the continuation of the deposition of Aezah on October 9 and 10, 2006.

5. Within 60 days from execution of this agreement, Aezah shall make available for deposition in Bakersfield, California the employee of Bakersfield Grocery named Sal Ahmed (referred to at page 393-94 of David Aezah's deposition). American Express shall make a witness available for deposition on a mutually convenient date.

Dated: December 22, 2006

WILD, CARTER & TIPTON

By: _____
Gary L. Huss
246 West Shaw Avenue
Fresno, California 93704
(559) 224-2131
Attorneys for Defendant
David Aezah

JAFFE & ASHER LLP

By: _____
Ira N. Glauber
600 Third Avenue, 9th Floor
New York, New York 10016
(212) 687-3000
Attorneys for Plaintiff
American Express Travel Related
Services Company, Inc.

SO ORDERED

_____   2-5-07
U.S.D.J.