**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>D&A CORPORATION d/b/a BAKERSFIELD WHOLESALE FOODS, a California Corporation, ABDO AEZAH, an individual, MALAK M. AEZAH, an individual, DAVID AEZAH, an individual, BAKERSFIELD GROCERY WHOLESALE, an unincorporated business entity, DAVE AEZAH INVESTMENT, INC., a California corporation,<br><br>    Defendant. | 1:04-cv-6737 OWW TAG<br><br>ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION AND RECEIVERSHIP |

    The motion for a preliminary injunction and receivership came regularly for hearing on March 7, 2007, in Department 3 of the above captioned court before the Honorable Oliver W. Wanger. Appearing for the Plaintiff were Mark H. Moore of the law firm Jaffe & Asher LLP and Steven M. Koch of the law firm Gubler & Koch, LLP.  Appearing for the Defendants Dave Aezah Investment, Inc., David Aezah, an individual, and Bakersfield Grocery

1

Wholesale, an unincorporated business entity (collectively "D. Aezah Defendants") was Gary Huss of the law firm Wild, Carter & Tipton.

Upon reading and filing the annexed Affidavit of Ira N. Glauber, sworn to February 27, 2007, and the exhibits annexed thereto, and the accompanying Memorandum of Points and Authorities dated February 27, 2007; and after reading the opposition filed by the D. Aezah Defendants and hearing oral argument, the Court hereby orders as follows:

ORDERED that pending trial and entry of final judgment the D. Aezah Defendants are enjoined from selling, liquidating, assigning, transferring, converting, encumbering, mortgaging, dissipating, or otherwise disposing of any real property, or any interest therein, wherever located, which such Defendants own or control, including but not limited to the following properties: (a) a single family residence at 4402 Valpariso Way in Bakersfield, California; (b) an apartment complex on 503-515 28th Street in Bakersfield, California; (c) a home located at 9008 Limoges, in Bakersfield, California; (d) a vacant lot in Bakersfield, California more accurately described as Kern County Assessor's parcel Number 170-040-08, and zoned as MI for industrial purposes; (e) a multi-family dwelling located at 6710 Union Avenue in Bakersfield, California; and (f) a warehouse located at 402 California Avenue, Bakersfield, California.

FURTHER ORDERED that pending trial and the entry of final judgment the D. Aezah Defendants are enjoined from selling, liquidating, assigning, transferring, converting, encumbering, mortgaging, dissipating, or otherwise disposing of any assets,

inventory or other property used in the operation of the business known as "Bakersfield Grocery Wholesale," except in the normal course of business.

FURTHER ORDERED that Plaintiff shall propose an order for receivership or alternative means of preserving the assets of the business entity known as Bakersfield Grocery Wholesale.

FURTHER ORDERED that Plaintiff's undertaking is hereby fixed in the amount of $100,000 which shall serve as security for any damages which Plaintiff might be ordered to pay if it is determined that Plaintiff was not entitled to injunctive relief.

FURTHER ORDERED that Plaintiff may record this order with the Kern County, California Recorder's Office.

FURTHER ORDERED that the service of this order upon Gary Huss, Esq., at Wild, Carter & tipton, 246 West Shaw Avenue, Fresno, California 93704, counsel for the D. Aezah Defendants, shall be sufficient for its enforcement as to David Aezah, individually, and d/b/a Bakersfield Grocery Wholesale, and David Aezah Investments, Inc., a California corporation.

DATED:  March 9, 2007.

/s/ Oliver W. Wanger
_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE