UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>D&A CORPORATION d/b/a BAKERSFIELD WHOLESALE FOODS, a California Corporation, ABDO AEZAH, an individual, MALAKA M. AEZAH, an individual, DAVID AEZAH, an individual, BAKERSFIELD GROCERY WHOLESALE, an unincorporated business entity, DAVID AEZAH INVESTMENT, INC., a California corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | 1:04-cv-6737 OWW TAG<br><br>ORDER IN LIEU OF RECEIVER |

The motion for the appointment of receiver made by Plaintiff American Express Travel Related Services Company, Inc. ("American Express") heard on March 7, 2007, is hereby granted to the extent that the Court hereby orders that Defendants David Aezah, Bakersfield Grocery Wholesale and Dave Aezah Investments, Inc. (the "David Defendants") will establish and undertake the

1

following steps to preserve the assets and value of Bakersfield Grocery Wholesale ("BGW"):

    1.    The David Defendants will not sell or otherwise dispose of any assets, other than inventory, without prior approval of the Court, and may always sell inventory in the ordinary course of business;

    2.    The David Defendants shall report on a weekly basis to counsel to American Express and the Court the following information: (a) the gross amount of cash expended by BGW; (b) all purchases of inventory or other expenditures over $500, with copies of written back-up documentation; (c) the amount of wages and any other compensation paid, and any tax withholding thereon; (d) the gross amount of sales or other revenue along with copies of the cash register tapes; (e) all sales or other dispositions over the amount of $500; and (f) all deposits and withdrawals from the amount described in paragraph 3;

    3.    The David Defendants may keep up to $25,000 in cash on hand at the business. Otherwise, all cash and checks must be deposited within 48 hours of receipt into an escrow account maintained by counsel to the David Defendants where statements and account information is available on-line to the Court and to American Express. Any withdrawal of cash from such account over the amount of $1,000 must be approved in advance by American Express or the Court.

    4.    The David Defendants shall account for and deposit all rents received from any rental properties which he owns or controls (the "Rental Receipts") into a second escrow account maintained by counsel for the David Defendants for which

1  statements and account information is available on-line to the
2  Court and to American Express (collectively, the "Rental
3  Account"). Pending the trial of the above-captioned matter, all
4  Rental Receipts shall remain in the Rental Account and shall not
5  be withdrawn therefrom.

7  DATED: April 9, 2007.

                                          /s/ Oliver W. Wanger
                                   _____
                                          Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

12  american express v. d&a order in lieu of receiver