Steven M. Koch #222938
GUBLER & KOCH LLP
1110 N. Chinowth Street
Visalia, CA 93291
Telephone: (559) 625-9600
Facsimile: (559) 625-9605

Ira N. Glauber (admitted *pro hac vice*)
JAFFE & ASHER LLP
600 Third Avenue
New York, New York 10016
Telephone: (212) 687-3000
Facsimile: (212) 687-9639

Attorneys for Plaintiff
American Express Travel Related Services Company, Inc.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., A NEW YORK CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>D&A CORPORATION dba BAKERSFIELD WHOLESALE FOODS, A CALIFORNIA CORPORATION, ABDO AEZAH, AN INDIVIDUAL, ET AL.,<br><br>Defendants. | Case No.: CIV-F-04-6737 OWW<br><br>ORDER GRANTING LEAVE TO FILE AN EXTENDED BRIEF AND TO FILE IT LATE |

The Court, upon considering the Application of AMERICAN EXPRESS, hereby grants its request to file an enlarged brief that exceeds twenty-five pages, provided that they file a Table of

-1-

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

                                                       □□□□□ & □□□□ □□□
                                                       □□□□□□□□ □□ □□□
                                                           □□□□□□, □□

Contents and an Index.  Further, AMERICAN EXPRESS is hereby granted leave to file it late, as it was originally rejected by the Court and will have until one day after the granting of this order to file its brief.  Said filing will be treated for all purposes nunc pro tunc.

Dated: 4/19/07                          /s/ Oliver W. Wanger
                                         JUDGE OF THE UNITED STATES
                                         DISTRICT COURT

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26