```
 1   Steven Koch, Esq. (SBN 222938)
     GUBLER & IDE
 2   i 110 North Chinowth Street
 3   Visalia, California 93291
     Tel: (559) 625-9600
 4   Fax: (559) 625-9605

 5
     Ira N. Glauber, Esq.
 6   JAFFE & ASHER LLP
     600 Third Avenue
 7   New York, New York 10016
     Tel: (212) 687-3000
 s   Fax: (212) 687-9639

 9
     Attorneys for Plaintiff American Express
10   Travel Related Services Company, Inc.

11
     UNITED STATES DISTRICT COURT
12   FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| 13 | AMERICAN EXPRESS TRAVEL RELATED : | Case No. Civ-04-6737 OWW TAG |
| 14 | SERVICES COMPANY, INC., a New York Corporation, | |
| 1s | | |
| 16 | Plaintiff, v. | ORDER TO SHOW CAUSE |
| 17 | | |
| 18 | D&A CORPORATION d/b/a BAKERSFIELD WHOLESALE FOODS, a California Corporation, : ABDO AEZAH, an Individual, MALAKA M. | Date: June 12, 2007 |
| 19 | AEZAH, an Individual, DAVID AEZAH, an : | Time: 9:30 a.m. |
| 20 | Individual, BAKERSFIELD GROCERY WHOLESALE, an unincorporated business entity, : | Place: Courtroom 3 |
| 21 | DAVE AEZAH INVESTMENT, INC., a | |
| 22 | California corporation, and DOES 1 through 100, Inclusive, | |
| 23 | Defendants. | |

```
24
25          Upon reading and filing the annexed Affidavit of Mark H. Moore, sworn to May 29,

26   2007, and the exhibits annexed thereto, the accompanying exhibits, the accompanying

27   Memorandum of Points and Authorities dated May 29, 2007, and all prior proceedings had

28   herein,
```

1  LET defendants David Aezah, Bakersfield Grocery Wholesale (an unincorporated

2  business entity) and Dave Aezah Investment, Inc. ("DAI") (a California corporation) show cause

3  before the United States District Court for the Eastern District of California, at the United States

4  Courthouse, 2500 Tulare Street, Fresno, California, before the Honorable Oliver W. Wanger, in

5

6  Courtroom 3, on June 12, 2007 at 9:30 a.m. or as soon thereafter as counsel can be heard,

7  why an order of contempt should not be issued herein pursuant to 18 U.S.C. § 401: (1) imposing

8  appropriate contempt sanctions upon the David Defendants, subject to an opportunity to purge

9  within seven days from the entry of an order of contempt, and awarding American Express its

10 reasonable attorneys' fees on the instant application in an amount no less than $5,000.00; and (2)

11

12 the appointment of a receiver.

13  ORDERED that sufficient cause appearing therefor, let service of a copy of this Order

14 To Show Cause, together with the papers upon which it is granted: (1) on defendants David

15 Aezah, DAI and Bakersfield Grocery Wholesale, by delivery to their counsel in this lawsuit,

16

17 Gary Huss, Esq. at Wild, Carter & Tipton, 246 West Shaw Avenue, Fresno, California 93704; and

18 (2) defendants Abdo Aezah, Malaka Aezah and D&A Corporation d/b/a Bakersfield

19 Wholesale Foods, by delivery to their counsel of record, Russell VanRozeboom, Esq. at Caswell

20

21 Bell & Hillison LLP, 5200 North Palm Avenue, Fresno, California, on or before the 7th day of

22 June, 2007 shall be deemed good and sufficient service; and it is further

23

24

25

26

27

28

1       ORDERED that such defendants shall serve their responses to this application electronically, by hand or by express mail, so as to be received by Gubler & Koch, 1110 North Chinowth Street, Visalia, California 93291 and Jaffe & Asher LLP, 600 Third Avenue, New York, New York 10016 on or before the 11th day of June, 2007, on or before 12:00 p.m.

DATED: 6/5/2007

                                          /s/ Oliver W. Wanger
                                          U.S. District Judge