1  Michael G. Marderosian, No. 77296
   MARDEROSIAN, RUNYON, CERCONE,
2   LEHMAN & ARMO
   1260 Fulton Mall
3  Fresno, California 93721
   Telephone:  (559) 441-7991
4  Facsimile: (559) 441-8170

5  Heather S. Cohen, WSBA No. 34400
   MARDEROSIAN, RUNYON, CERCONE,
6   LEHMAN & ARMO
   701 Fifth Avenue, Suite 4200
7  Seattle, WA 98104
   Telephone: (206) 262-8174
8  Facsimile: (206) 262-8001
   (*Pro Hac Vice*)

   Attorneys for:  Defendants DAVID AEZAH, BAKERSFIELD GROCERY WHOLESALE,
                   and DAVE AEZAH INVESTMENTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>D&A Corporation d/b/a/ BAKERSFIELD WHOLESALE FOODS, a California corporation, ABDO AEZAH, an individual, MALAKA M. AEZAH, an individual, DAVID AEZAH, an individual, BAKERSFIELD GROCERY WHOLESALE, an unincorporated business entity, DAVID AEZAH INVESTMENT, INC., a California corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:04-CV-06737 OWW TAG<br><br>**STIPULATION TO RELEASE PROPERTY SUBJECT TO THE PRELIMINARY INJUNCTION** |

WHEREAS the Court entered a preliminary injunction on March 9, 2007 which enjoined the Defendants from selling, liquidating, assigning, transferring, converting, encumbering, dissipating, or otherwise disposing of any real property or any interest including but not limited to the following

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

American Express Travel Related Services Co., Inc. v. D&A Corporation, et al.
U.S. District Court Case No. 1:04-CV-06737 OWW TAG

1  properties: (a) a single family residence at 4402 Valparaiso Way in Bakersfield, California; (b)
2  Apartment complex on 503-515 28th Street in Bakersfield, California; (c) A home located at 9008
3  Limoges in Bakersfield, California; (d) A vacant lot in Bakersfield, California more accurately
4  described in kern County Assessor's parcel number 170-040-08 and zoned as MI for industrial
5  purposes; (e) A multi family dwelling located at 6710 Union Avenue in Bakersfield, California; and
6  (f) A warehouse located at 402 California Avenue in Bakersfield, California;

7  WHEREAS Defendants David Aezah, Bakersfield Grocery Wholesale, and David Aezah
8  Investment, Inc., seek to dissolve or modify the preliminary injunction; and

9  WHEREAS the Court heard oral argument on July 25, 2007 and requested additional briefing
10 and argument to be submitted on July 27, 2007;

11 IT IS HEREBY STIPULATED AND AGREED by the undersigned, that:

12 1.  The properties located at (a) a single family residence at 4402 Valparaiso Way in
13 Bakersfield, California; (b) Apartment complex on 503-515 28th Street in Bakersfield, California; (c)
14 A home located at 9008 Limoges in Bakersfield, California; (d) A vacant lot in Bakersfield, California
15 more accurately described in kern County Assessor's parcel number 170-040-08 and zoned as MI for
16 industrial purposes; and (e) A multi family dwelling located at 6710 Union Avenue in Bakersfield,
17 California shall be immediately released from the preliminary injunction.

18 2.  The David Defendants shall immediately attempt to secure a bond or letter of credit
19 in the amount of $750,000, acceptable in form and substance to American Express.  If the David
20 Defendants are able to secure a bond or letter of credit acceptable in form and substance to American
21 Express in the amount of $750,000, the parties agree that the property located at 402 California
22 Avenue in Bakersfield, California identified as property (f) in the order shall be immediately released
23 from the preliminary injunction.  If the David Defendants are not able to secure a bond or letter of
24 credit, the property located at 402 California Avenue shall continue to be subject to the preliminary
25 injunction until such time that this matter has been settled or fully adjudicated, and the David
26 Defendants agree that they will not seek a modification of such injunction.  If the property located at
27 402 California Avenue can be sold and American Express' interest protected, then the parties may
28 revisit the issue of releasing this property from the preliminary injunction.

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

_American Express Travel Related Services Co., Inc. v. D&A Corporation, et al._
U.S. District Court Case No. 1:04-CV-06737 OWW TAG

2

3. Nothing in this Stipulation shall effect the property in Mississippi which is subject to the Agreement between American Express and David Aezah dated November 13, 2006, or in anyway limit the ultimate relief which American Express may obtain in this case.

4. This stipulation may be executed in counterparts and will be binding on all parties.

Dated: July\_\_\_\_\_, 2007        JAFFE & ASHER LLP


By: /s/ Mark S. Moore
   Mark S. Moore, Esq.,
   Attorneys for Plaintiff, AMERICAN EXPRESS TRAVEL
   RELATED SERVICES COMPANY, INC.

Dated: July 27, 2007        MARDEROSIAN, RUNYON, CERCONE
   LEHMAN & ARMO


By: /s/ Michael G. Marderosian
   Michael G. Marderosian,
   Attorneys for Defendants DAVID
   AEZAH, BAKERSFIELD GROCERY
   WHOLESALE, and DAVE AEZAH
   INVESTMENTS, INC.

**SO ORDERED:**


Dated: July\_27\_\_\_, 2007        \_\_/s/ OLIVER W. WANGER_____
   OLIVER W. WANGER, U.S.D.J

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

American Express Travel Related Services Co., Inc. v. D&A Corporation, et al.
U.S. District Court Case No. 1:04-CV-06737 OWW TAG