Steven M. Koch #222938
GUBLER & KOCH LLP
1110 N. Chinowth Street
Visalia, CA 93291
Telephone: (559) 625-9600
Facsimile: (559) 625-9605

Ira N. Glauber, Esq. (admitted *pro hac vice*)
JAFFE & ASHER LLP
600 Third Avenue
New York, New York 10016
Telephone: (212) 687-3000
Facsimile: (212) 687-9639

Attorneys for Plaintiff
American Express Travel Related Services Company, Inc.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., A NEW YORK CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>D&A CORPORATION dba BAKERSFIELD WHOLESALE FOODS, A CALIFORNIA CORPORATION, ABDO AEZAH, AN INDIVIDUAL, ET AL.,<br><br>Defendants. | Case No.: CIV-F-04-6737 OWW<br><br>ORDER GRANTING LEAVE TO FILE AN OVERSIZED BRIEF |

The Court, upon considering the Application of AMERICAN EXPRESS, hereby grants its

request to file an enlarged brief that exceeds twenty-five pages, provided that they file a Table of Contents and an Index. **NOT TO EXCEED 40 PAGES**.

Dated: 8/21/2007                                        /s/ Oliver W. Wanger
                                                               Judge of the United States District Court