Michael G. Marderosian, No. 77296
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Heather S. Cohen, WSBA No. 34400
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
Telephone: (206) 262-8174
Facsimile: (206) 262-8001
(*Pro Hac Vice*)

Attorneys for:  Defendants DAVID AEZAH, BAKERSFIELD GROCERY WHOLESALE, and DAVE AEZAH INVESTMENTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>D&A Corporation d/b/a/ BAKERSFIELD WHOLESALE FOODS, a California corporation, ABDO AEZAH, an individual, MALAKA M. AEZAH, an individual, DAVID AEZAH, an individual, BAKERSFIELD GROCERY WHOLESALE, an unincorporated business entity, DAVID AEZAH INVESTMENT, INC., a California corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 1:04-CV-06737 OWW TAG<br><br>**ORDER GRANTING LEAVE TO FILE AN OVERSIZED BRIEF** |

The Court, upon consideration of the Application of Defendants David Aezah, Bakersfield Grocery Wholesale, and David Aezah Investment, Inc., hereby grants the Defendants' Ex Parte Application to File an Over Length Brief provided a Table of Contents and an Index are included.

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

American Express Travel Related Services Co. v. D&A Corporation, et al.
U.S. District Court Case No. 1:04-CV-06737 OWW TAG

IT IS SO ORDERED.

Dated:   August 30, 2007                              /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

**American Express Travel Related Services Co. v. D&A Corporation, et al.**
U.S. District Court Case No. 1:04-CV-06737 OWW TAG