Michael G. Marderosian, No. 77296
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Heather S. Cohen, WSBA No. 34400
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
Telephone: (206) 262-8174
Facsimile: (206) 262-8001
(*Pro Hac Vice*)

Attorneys for:  Defendants DAVID AEZAH, BAKERSFIELD GROCERY WHOLESALE, and DAVE AEZAH INVESTMENTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>D&A Corporation d/b/a/ BAKERSFIELD WHOLESALE FOODS, a California corporation, ABDO AEZAH, an individual, MALAKA M. AEZAH, an individual, DAVID AEZAH, an individual, BAKERSFIELD GROCERY WHOLESALE, an unincorporated business entity, DAVID AEZAH INVESTMENT, INC., a California corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:04-CV-06737 OWW TAG<br><br>**STIPULATION AND ORDER TO SHORTEN TIME ON DAVID AEZAH, BAKERSFIELD GROCERY WHOLESALE, AND DAVE AEZAH INVESTMENT'S MOTION TO CONTINUE THE TRIAL FOR NINETY DAYS** |

Pursuant to Local Rule 6-144, the parties hereby stipulate to shorten time for Defendant David Aezah, Bakersfield Grocery Wholesale, and Dave Aezah Investments and agree to the following schedule:

///

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

American Express Travel Related Services Co., Inc. v. D&A Corporation, et al.
U.S. District Court Case No. 1:04-CV-06737 OWW TAG

1.  Defendants' moving papers shall be served on plaintiff's counsel and filed no later than 12:00 p.m. Pacific Time on Tuesday, September 4, 2007.

2.  Plaintiff's opposition papers shall be filed and submitted no later than Thursday, September 6, 2007.

3.  Oral argument on the Defendant's Motion to Continue the Trial for 90 days shall be argued before the Honorable Judge Wanger on September 7, 2007 at 12:00 p.m. at the same time as Plaintiff's Motion for a Protective Order.

Dated: August_____, 2007         JAFFE & ASHER LLP


By: /s/ Mark H. Moore
    Mark H. Moore, Esq.,
    Attorneys for Plaintiff, AMERICAN EXPRESS TRAVEL
    RELATED SERVICES COMPANY, INC.

Dated: September 5, 2007         MARDEROSIAN, RUNYON, CERCONE
                                 LEHMAN & ARMO


By: /s/ Michael G. Marderosian
    Michael G. Marderosian,
    Attorneys for Defendants DAVID
    AEZAH, BAKERSFIELD GROCERY
    WHOLESALE, and DAVE AEZAH
    INVESTMENTS, INC.

**SO ORDERED:**

IT IS SO ORDERED.

**Dated:   September 5, 2007**         **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

American Express Travel Related Services Co., Inc. v. D&A Corporation, et al.
U.S. District Court Case No. 1:04-CV-06737 OWW TAG