1  Michael G. Marderosian, No. 77296
   MARDEROSIAN, RUNYON, CERCONE,
2   LEHMAN & ARMO
   1260 Fulton Mall
3  Fresno, California 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170

5  Heather S. Cohen, WSBA No. 34400
   MARDEROSIAN, RUNYON, CERCONE,
6   LEHMAN & ARMO
   701 Fifth Avenue, Suite 4200
7  Seattle, WA 98104
   Telephone: (206) 262-8174
8  Facsimile: (206) 262-8001
   (*Pro Hac Vice*)
9
       Attorneys for: Defendants DAVID AEZAH, BAKERSFIELD GROCERY WHOLESALE,
10                and DAVE AEZAH INVESTMENTS, INC.

11
                       UNITED STATES DISTRICT COURT
12
                EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
13

14  AMERICAN EXPRESS TRAVEL                ) Case No. 1:04-CV-06737 OWW TAG
    RELATED SERVICES COMPANY, INC., a      )
15  New York corporation,                  ) **STIPULATION AND ORDER TO**
                                           ) **SHORTEN TIME ON DAVID AEZAH,**
16       Plaintiff,                        ) **BAKERSFIELD GROCERY**
                                           ) **WHOLESALE, AND DAVE AEZAH**
17       v.                                ) **INVESTMENT'S MOTION TO**
                                           ) **CONTINUE THE TRIAL FOR NINETY**
18  D&A Corporation d/b/a/ BAKERSFIELD     ) **DAYS**
    WHOLESALE FOODS, a California          )
19  corporation, ABDO AEZAH, an individual,)
    MALAKA M. AEZAH, an individual,        )
20  DAVID AEZAH, an individual,            )
    BAKERSFIELD GROCERY WHOLESALE,         )
21  an unincorporated business entity, DAVID)
    AEZAH INVESTMENT, INC., a California   )
22  corporation, and DOES 1 through 100,   )
    inclusive,                             )
23                                         )
         Defendants.                       )
24  _____

25       Pursuant to Local Rule 6-144, the parties hereby stipulate to shorten time for Defendant David

26  Aezah, Bakersfield Grocery Wholesale, and Dave Aezah Investments and agree to the following

27  schedule:

28  / / /

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

American Express Travel Related Services Co., Inc. v. D&A Corporation, et al.
U.S. District Court Case No. 1:04-CV-06737 OWW TAG

1. Defendants' moving papers shall be served on plaintiff's counsel and filed no later than 12:00 p.m. Pacific Time on Tuesday, September 4, 2007.

2. Plaintiff's opposition papers shall be filed and submitted no later than Thursday, September 6, 2007.

3. Oral argument on the Defendant's Motion to Continue the Trial for 90 days shall be argued before the Honorable Judge Wanger on September 7, 2007 at 12:00 p.m. at the same time as Plaintiff's Motion for a Protective Order.

Dated: August_____, 2007        JAFFE & ASHER LLP


By: /s/ Mark H. Moore
   Mark H. Moore, Esq.,
   Attorneys for Plaintiff, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.

Dated: September 7, 2007         MARDEROSIAN, RUNYON, CERCONE
                                              LEHMAN & ARMO


By: /s/ Michael G. Marderosian
   Michael G. Marderosian,
   Attorneys for Defendants DAVID AEZAH, BAKERSFIELD GROCERY WHOLESALE, and DAVE AEZAH INVESTMENTS, INC.

**SO ORDERED:**

Dated: September 6, 2007         /s/ OLIVER W. WANGER
                                              OLIVER W. WANGER, U.S.D.J

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

American Express Travel Related Services Co., Inc. v. D&A Corporation, et al.
U.S. District Court Case No. 1:04-CV-06737 OWW TAG