Michael G. Marderosian, No. 77296
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Heather S. Cohen, WSBA No. 34400
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
Telephone: (206) 262-8174
Facsimile: (206) 262-8001
(*Pro Hac Vice*)

Attorneys for:  Defendants DAVID AEZAH, BAKERSFIELD GROCERY WHOLESALE, and DAVE AEZAH INVESTMENTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>D&A Corporation d/b/a/ BAKERSFIELD WHOLESALE FOODS, a California corporation, ABDO AEZAH, an individual, MALAKA M. AEZAH, an individual, DAVID AEZAH, an individual, BAKERSFIELD GROCERY WHOLESALE, an unincorporated business entity, DAVID AEZAH INVESTMENT, INC., a California corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 1:04-CV-06737 OWW TAG<br><br>**STIPULATION AND ORDER RE: MOTION TO STRIKE EXPERT REPORT OF RICHARD NORDSTROM**<br><br>DATE: September 7, 2007<br>TIME: 12 p.m.<br>COURTROOM: #3 |

/ / /

/ / /

/ / /

MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

American Express Travel Related Services Co. v. D&A Corporation, et al.
U.S. District Court Case No. 1:04-CV-06737 OWW TAG

1    The parties hereby enter into this stipulation for the purpose of resolving a dispute regarding
2    the form of a proposed order concerning plaintiff's motion to strike the expert report of defendants'
3    expert, Richard Nordstrom. The language of the proposed order is stipulated to as follows:
4    The motion filed by Plaintiff American Express came on regularly for hearing on September
5    7, 2007, at 12 p.m. in Courtroom No. 3 of the above-captioned court before the Honorable Oliver W.
6    Wanger. Appearing for the plaintiff was Mark H. Moore of the law firm of Jaffe & Asher LLP.
7    Appearing for defendants David Aezah, Bakersfield Grocery Wholesale, and David Aezah Investment,
8    Inc., was Michael G. Marderosian of the law firm of Marderosian, Runyon, Cercone, Lehman &
9    Armo.
10   Upon reading the moving papers of Plaintiff American Express and the accompanying
11   declarations and exhibits, the opposition papers of the Defendants and the accompanying declarations,
12   and exhibits, and the reply papers of Plaintiff American Express and the accompanying declarations
13   and exhibits, and the oral argument presented to the Court, the Court hereby orders as follows:
14   **ORDERED** that pursuant to Fed. R. Civ. P. 26 and 37, and Local Rule 37-251(b), American
15   Express' request for a protective order striking the Nordstrom Report and barring Nordstrom from
16   testifying, for failure to set forth a complete statement of all opinions to be expressed and the basis
17   and reasons therefore, and the data or other information considered by the witness in forming the
18   opinions is denied; and
19   **ORDERED** that American Express shall nevertheless be permitted to move in limine or at
20   trial to bar any testimony from Nordstrom which contains opinions, or the basis and reasons therefore,
21   or data or other information considered by the witness, which are not contained in the Nordstrom
22   Report; and
23   **ORDERED** that the David Defendants are granted leave to have Nordstrom supplement the
24   Nordstrom Report no later than September 24, 2007, with the provisio that if they choose to do so,
25   American Express may take Nordstrom's deposition a second time for the purpose of covering any
26   changes to the original report, either as to the opinion or the supporting facts or reasoning, and any
27   additional data or information reviewed by Dr. Nordstrom. The David Defendants will be responsible
28   / / /

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

American Express Travel Related Services Co. v. D&A Corporation, et al.
U.S. District Court Case No. 1:04-CV-06737 OWW TAG                2

1  for Dr. Nordstrom's time and expense and for the cost of the deposition itself, not including however,
2  any attorney's fees incurred by plaintiff.

3  Dated: September 13, 2007    JAFFE & ASHER LLP

5  By: /s/ Mark S. Moore
6  Mark S. Moore, Esq.,
   Attorneys for Plaintiff, AMERICAN EXPRESS TRAVEL
7  RELATED SERVICES COMPANY, INC.

8  Dated: September 13, 2007    MARDEROSIAN, RUNYON, CERCONE
   LEHMAN & ARMO

11  By: /s/ Michael G. Marderosian
    Michael G. Marderosian,
12  Attorneys for Defendants DAVID
    AEZAH, BAKERSFIELD GROCERY
13  WHOLESALE, and DAVE AEZAH
    INVESTMENTS, INC.

14  IT IS SO ORDERED.

15  **Dated: September 13, 2007**    **/s/ Oliver W. Wanger**
16  UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

American Express Travel Related Services Co. v. D&A Corporation, et al.
U.S. District Court Case No. 1:04-CV-06737 OWW TAG