Michael G. Marderosian, No. 77296
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Heather S. Cohen, WSBA No. 34400
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
Telephone: (206) 262-8174
Facsimile: (206) 262-8001
(*Pro Hac Vice*)

Attorneys for:  Defendants DAVID AEZAH, BAKERSFIELD GROCERY WHOLESALE, and DAVE AEZAH INVESTMENTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>D&A Corporation d/b/a/ BAKERSFIELD WHOLESALE FOODS, a California corporation, ABDO AEZAH, an individual, MALAKA M. AEZAH, an individual, DAVID AEZAH, an individual, BAKERSFIELD GROCERY WHOLESALE, an unincorporated business entity, DAVID AEZAH INVESTMENT, INC., a California corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:04-CV-06737 OWW TAG<br><br>**ORDER ON PLAINTIFF AMERICAN EXPRESS' MOTION TO STRIKE THE EXPERT REPORT OF RICHARD NORDSTROM AND TO BAR HIS TESTIMONY AT TRIAL AND GRANTING DEFENDANTS' MOTION FOR FEES AND COSTS**<br><br>**DATE: September 7, 2007<br>TIME:  12 p.m.<br>COURTROOM: #3** |

The motion filed by Plaintiff American Express came on regularly for hearing on September 7, 2007, at 12 p.m. in Courtroom No. 3 of the above-captioned court before the Honorable Oliver W. Wanger.  Appearing for the plaintiff was Mark H. Moore of the law firm of Jaffe & Asher LLP.

MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

**American Express Travel Related Services Co. v. D&A Corporation, et al.**
U.S. District Court Case No. 1:04-CV-06737 OWW TAG

PDF created with pdfFactory trial version www.pdffactory.com

1  Appearing for defendants David Aezah, Bakersfield Grocery Wholesale, and David Aezah Investment,
2  Inc., was Michael G. Marderosian of the law firm of Marderosian, Runyon, Cercone, Lehman & Armo.
3  Upon reading the moving papers of Plaintiff American Express and the accompanying
4  declarations and exhibits, the opposition papers of the Defendants and the accompanying declarations,
5  and exhibits, and the reply papers of Plaintiff American Express and the accompanying declarations and
6  exhibits, and the oral argument presented to the Court, the Court hereby orders as follows:
7  **ORDERED** American Express' Motion for Protective Order Striking the Report of Richard
8  Nordstrom, Ph.D. and barring Dr. Nordstrom from testifying is hereby DENIED;
9  **ORDERED** by the Court that defendants David Aezah, Bakersfield Grocery Wholesale, and
10 David Aezah Investment, Inc., are granted leave to have Dr. Nordstrom supplement his report no later
11 than September 24, 2007, with the provision that if they choose to do so, plaintiff American Express
12 may take Dr. Nordstrom's deposition and inquire into any new opinions offered by Dr. Nordstrom in
13 his supplemental report.  Plaintiff American Express may not inquire into areas already covered in Dr.
14 Nordstrom's first deposition or which could have been covered based on the initial report submitted
15 by Dr. Nordstrom.  If the plaintiffs do further depose Dr. Nordstrom as to any new opinions,
16 defendants David Aezah, Bakersfield Grocery Wholesale, and David Aezah Investment, Inc. shall pay
17 the fee for Dr. Nordstrom's preparation and attendance at such deposition.

19 Dated:__Sept. 16__ _____, 2007.          _/s/ OLIVER W. WANGER_____
                                            THE HONORABLE OLIVER W. WANGER,
20                                          JUDGE OF THE UNITED STATES DISTRICT
   COURT

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

**American Express Travel Related Services Co. v. D&A Corporation, et al.**
U.S. District Court Case No. 1:04-CV-06737 OWW TAG            2

PDF created with pdfFactory trial version www.pdffactory.com