1    Michael G. Marderosian, No. 77296
     MARDEROSIAN, RUNYON, CERCONE,
2     LEHMAN & ARMO
     1260 Fulton Mall
3    Fresno, California 93721
     Telephone:  (559) 441-7991
4    Facsimile: (559) 441-8170

5    Heather S. Cohen, WSBA No. 34400
     MARDEROSIAN, RUNYON, CERCONE,
6     LEHMAN & ARMO
     701 Fifth Avenue, Suite 4200
7    Seattle, WA 98104
     Telephone: (206) 262-8174
8    Facsimile: (206) 262-8001
     (*Pro Hac Vice*)

9
         Attorneys for:  Defendants DAVID AEZAH, BAKERSFIELD GROCERY WHOLESALE,
10                and DAVE AEZAH INVESTMENTS, INC.

11
                        UNITED STATES DISTRICT COURT
12
                   EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
13

14   AMERICAN EXPRESS TRAVEL              )    Case No. 1:04-CV-06737 OWW TAG
     RELATED SERVICES COMPANY, INC., a    )
15   New York corporation,                )    **ORDER DENYING PLAINTIFF**
                                          )    **AMERICAN EXPRESS' MOTION FOR**
16        Plaintiff,                       )    **SUMMARY JUDGMENT**
                                          )
17        v.                              )    Date:        September 24, 2007
                                          )    Time:        10:00 a.m
18   D&A Corporation d/b/a/ BAKERSFIELD    )    Courtroom:   3
     WHOLESALE FOODS, a California         )
19   corporation, ABDO AEZAH, an individual, )
     MALAKA M. AEZAH, an individual,      )
20   DAVID AEZAH, an individual,          )
     BAKERSFIELD GROCERY WHOLESALE,       )
21   an unincorporated business entity, DAVID )
     AEZAH INVESTMENT, INC., a California  )
22   corporation, and DOES 1 through 100,  )
     inclusive,                           )
23                                        )
          Defendants.                      )
24   ─────────────────────────────────    )

25

26        The Motion for Summary Judgment filed by Plaintiff American Express came on regularly for

27   hearing on September 24, 2007, at 10:00 a.m. in Courtroom No. 3 of the above-captioned court before

28   the Honorable Oliver W. Wanger.  Appearing for the plaintiff was Mark H. Moore of the law firm of

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

American Express Travel Related Services Co., Inc. v. D&A Corporation, et al.
U.S. District Case No. 1:04-CV-06737 OWW TAG

1   Jaffe & Asher LLP and Steven M. Koch of the law firm of Gubler & Koch, LLP.  Appearing for

2   defendants David Aezah, Bakersfield Grocery Wholesale, and David Aezah Investment, Inc. was

3   Michael G. Marderosian of the law firm of Marderosian, Runyon, Cercone, Lehman & Armo.

4       Upon reading the moving papers of Plaintiff American Express and the accompanying

5   declarations and exhibits, the opposition papers of the Defendants and the accompanying declarations,

6   and exhibits, and the reply papers of Plaintiff American Express and the accompanying declarations

7   and exhibits, and the oral argument presented to the Court, the Court hereby orders as follows:

8       **ORDERED** that Plaintiff's Motion for Summary Judgment is hereby DENIED

9

10  Dated:   September 21, 2007.            _____/s/ Oliver W. Wanger_____
                                           THE HONORABLE OLIVER W. WANGER,
11                                         JUDGE OF THE UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721