IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., | No. CV-F-04-6737 OWW/TAG |
| Plaintiff, | ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFS |
| vs. | |
| D & A CORPORATION, et al., | |
| Defendants. | |

    The parties were granted leave at the hearing on Plaintiff's motion for summary judgment to file supplemental briefs regarding the availability of the affirmative defense of mitigation.

    Instead of filing supplemental briefs, the parties have sent an e-mail and a letter, neither of which have been filed and which are not part of the record in this action. The Court will consider the authority and arguments set forth in the e-mail and the letter in resolving the pending motion. However, in order to perfect the record in this action, the parties are ordered to

1

1  **present the authority and arguments in pleading form and file**
2  **them as supplemental briefs in this action.**
3       IT IS SO ORDERED.
4  **Dated:   September 28, 2007**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE