Steven Koch, Esq. (SBN 222938)
GUBLER & KOCH
1110 North Chinowth Street
Visalia, California 93291
Tel: (559) 625-9600
Fax: (559) 625-9605

Ira N. Glauber, Esq. (admitted *pro hac vice*)
JAFFE & ASHER LLP
600 Third Avenue
New York, New York 10016
Tel: (212) 687-3000
Fax: (212) 687-9639

Attorneys for Plaintiff American Express
Travel Related Services Company, Inc.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

-----------------------------------------------------------------x

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York Corporation, | : | Case No. Civ-F-04-6737 OWW |
| Plaintiff, | : | **STIPULATION AND ORDER** |
| v. | : | |
| D&A CORPORATION d/b/a BAKERSFIELD WHOLESALE FOODS, a California Corporation, ABDO AEZAH, an Individual, MALAKA M. AEZAH, an Individual, DAVID AEZAH, an Individual, BAKERSFIELD GROCERY WHOLESALE, an unincorporated business entity, DAVE AEZAH INVESTMENT, INC., a California corporation, and DOES 1 through 100, Inclusive, | : | Date: October 31, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 3<br>(New dates below) |
| Defendants. | : | |

-----------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties herein, as follows:

    1. On October 29 and 30, 2007, plaintiff American Express Travel Related Services, Inc. ("American Express") and defendants David Aezah ("David"), Bakersfield Grocery Wholesale, reached a settlement in principle, subject to a written agreement executed by the parties and

PDF created with pdfFactory trial version www.pdffactory.com

contingent on successful concessions by a non-party; and

    2. The Court has advised the parties that the trial of this matter, scheduled to begin on November 6, 2007, would likely be adjourned on a trailing basis, due to the pendency of two other jury trials that week.

    3. The parties have jointly requested a thirty day extension of the pretrial conference scheduled for November 5, 2007, **NEW PRETRIAL CONFERENCE SET FOR DECEMBER 10, 2007 at 11:00 AM IN COURTROOM 3** and the trial **NEW TRIAL DATE SET JANUARY 8, 2008 at 9:00 AM IN COURTROOM 3** in order to attempt to finalize the settlement in principle.

JAFFE & ASHER LLP

By: /s/Mark H. Moore
Ira N. Glauber (admitted *pro hac vice*)
Mark H. Moore (admitted *pro hac vice*)
600 Third Avenue
New York, New York 10016
(212) 687-3000 (Tel)
(212) 687-9639 (Fax)

Attorneys for Plaintiff American Express Travel Related Services, Inc.

MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO

By: /s/ Michael G. Marderosian
Michael G. Marderosian
Heather S. Cohen
1200 Fulton Mall
Fresno, California 93721-1916
(559) 441-7991

Attorneys for Defendant David Aezah

ON THE BASIS OF THE PARTIES' STIPULATION, IT IS HEREBY ORDERED BY THIS COURT, that the parties' request for a thirty day adjournment of the pretrial conference and trial in this matter is granted, and that the Courtroom Deputy will advise the parties of the new dates for both the pretrial conference and trial.

IT IS SO ORDERED.

Dated:  November 1, 2007

                          __/s/ OLIVER W. WANGER_____
                          JUDGE OF THE DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com