Steven Koch, Esq. (SBN 222938)
GUBLER & KOCH
1110 North Chinowth Street
Visalia, California 93291
Tel: (559) 625-9600
Fax: (559) 625-9605

Ira N. Glauber, Esq. (admitted *pro hac vice*)
JAFFE & ASHER LLP
600 Third Avenue
New York, New York 10016
Tel: (212) 687-3000
Fax: (212) 687-9639

Attorneys for Plaintiff American Express
Travel Related Services Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York Corporation, | Case No. Civ-F-04-6737 OWW |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| D&A CORPORATION d/b/a BAKERSFIELD WHOLESALE FOODS, a California Corporation, ABDO AEZAH, an Individual, MALAKA M. AEZAH, an Individual, DAVID AEZAH, an Individual, BAKERSFIELD GROCERY WHOLESALE, an unincorporated business entity, DAVE AEZAH INVESTMENT, INC., a California corporation, and DOES 1 through 100, Inclusive, | Date:  December 7, 2007<br>Time:  2:00 p.m.<br>Place:  Courtroom 3 |
| Defendants. | |

---

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties herein, as follows:

1. On October 29 and 30, 2007, plaintiff American Express Travel Related Services, Inc. ("American Express") and defendants David Aezah ("David"), Bakersfield Grocery Wholesale, reached a settlement in principle, subject to a written agreement executed by the parties and contingent on successful concessions by a non-party; and

2. Since the mediation, both of the parties to this lawsuit have attempted to obtain such concessions from the non-party. The parties believe that an adjournment of the pre-trial conference in this matter will further the settlement process; and

3. The parties have jointly requested an adjournment of the pretrial conference scheduled for December 10, 2007 to December 19, 2007.

JAFFE & ASHER LLP

By:  /s/Mark H. Moore_____
Ira N. Glauber (admitted *pro hac vice*)
Mark H. Moore (admitted *pro hac vice*)
600 Third Avenue
New York, New York 10016
(212) 687-3000 (Tel)
(212) 687-9639 (Fax)

Attorneys for Plaintiff American Express Travel Related Services, Inc.

MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO

By:    /s/ Michael G. Marderosian_____
Michael G. Marderosian
Heather S. Cohen
1200 Fulton Mall
Fresno, California 93721-1916
(559) 441-7991

Attorneys for Defendant David Aezah

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ON THE BASIS OF THE PARTIES' STIPULATION, IT IS HEREBY ORDERED BY THIS COURT, that a TELEPHONIC hearing shall be conducted December 19, 2007 at 9:00 AM.

IT IS SO ORDERED.

**Dated:   December 11, 2007**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE