IT IS SO ORDERED.

**Dated:** December 14, 2007       /s/ Oliver W. Wanger

UNITED STATES DISTRICT JUDGE

Steven Koch, Esq. (SBN 222938)
GUBLER & KOCH
1110 North Chinowth Street
Visalia, California  93291
Tel: (559) 625-9600
Fax: (559) 625-9605

Ira N. Glauber, Esq. (admitted *pro hac vice*)
JAFFE & ASHER LLP
600 Third Avenue
New York, New York 10016
Tel: (212) 687-3000
Fax:  (212) 687-9639

Attorneys for Plaintiff American Express
Travel Related Services Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York Corporation, | Case No. Civ-F-04-6737 OWW |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| D&A CORPORATION d/b/a BAKERSFIELD WHOLESALE FOODS, a California Corporation, ABDO AEZAH, an Individual, MALAKA M. AEZAH, an Individual, DAVID AEZAH, an Individual, BAKERSFIELD GROCERY WHOLESALE, an unincorporated business entity, DAVE AEZAH INVESTMENT, INC., a California corporation, and DOES 1 through 100, Inclusive, | Date:  December 7, 2007 |
| | Time:  2:00 p.m. |
| | Place:  Courtroom 3 |
| Defendants. | |

---

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties herein, as follows:

    1. On October 29 and 30, 2007, plaintiff American Express Travel Related Services, Inc.

IT IS SO ORDERED.

**Dated:   December 14, 2007           /s/ Oliver W. Wanger**
                UNITED STATES DISTRICT JUDGE

("American Express") and defendants David Aezah ("David"), Bakersfield Grocery Wholesale, reached a settlement in principle, subject to a written agreement executed by the parties and contingent on successful concessions by a non-party; and

2. Since the mediation, both of the parties to this lawsuit have attempted to obtain such concessions from the non-party. The parties believe that an adjournment of the pre-trial conference in this matter will further the settlement process; and

3. The parties have jointly requested an adjournment of the pretrial conference scheduled for December 18, 2007 to December 19, 2007 at 9:00 AM..

JAFFE & ASHER LLP


By:  /s/Mark H. Moore
Ira N. Glauber (admitted *pro hac vice*)
Mark H. Moore (admitted *pro hac vice*)
600 Third Avenue
New York, New York 10016
(212) 687-3000 (Tel)
(212) 687-9639 (Fax)

Attorneys for Plaintiff American Express
Travel Related Services, Inc.


MARDEROSIAN, RUNYON, CERCONE,
LEHMAN & ARMO


By:    /s/ Michael G. Marderosian
Michael G. Marderosian
Heather S. Cohen
1200 Fulton Mall
Fresno, California 93721-1916

1  IT IS SO ORDERED.

3  **Dated:** **December 14, 2007**            **/s/ Oliver W. Wanger**

4              UNITED STATES DISTRICT JUDGE
                                        (559) 441-7991

                                        Attorneys for Defendant David Aezah

9       ON THE BASIS OF THE PARTIES' STIPULATION, IT IS HEREBY ORDERED BY
10  THIS COURT, that the pretrial conference is now scheduled for December 19, 2007 at 9:00 AM.
11  And has been continued by stipulation of the parties.
12  IT IS SO ORDERED.

14  **Dated:** **December 14, 2007**            **/s/ Oliver W. Wanger**
15                                          UNITED STATES DISTRICT JUDGE