Steven Koch, Esq. (SBN 222938)
GUBLER & KOCH
1110 North Chinowth Street
Visalia, California 93291
Tel: (559) 625-9600
Fax: (559) 625-9605

Ira N. Glauber, Esq. (admitted *pro hac vice*)
JAFFE & ASHER LLP
600 Third Avenue
New York, New York 10016
Tel: (212) 687-3000
Fax: (212) 687-9639

Attorneys for Plaintiff American Express
Travel Related Services Company, Inc.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

-----------------------------------------------------------------x

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York Corporation, | : : : : | Case No. Civ-F-04-6737 OWW |
| Plaintiff, | : : | **STIPULATION AND ORDER** |
| v. | : : | |
| D&A CORPORATION d/b/a BAKERSFIELD WHOLESALE FOODS, a California Corporation, ABDO AEZAH, an Individual, MALAKA M. AEZAH, an Individual, DAVID AEZAH, an Individual, BAKERSFIELD GROCERY WHOLESALE, an unincorporated business entity, DAVE AEZAH INVESTMENT, INC., a California corporation, and DOES 1 through 100, Inclusive, | : : : : : : : : : : | Date:  December 13, 2007 Time:  4:00 p.m. Place:  Courtroom 3 |
| Defendants. | : | |

-----------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties herein, as follows:

    1. On October 29 and 30, 2007, plaintiff American Express Travel Related Services, Inc. ("American Express") and defendants David Aezah ("David"), Bakersfield Grocery Wholesale, reached a settlement in principle, subject to a written agreement executed by the parties and

PDF created with pdfFactory trial version www.pdffactory.com

contingent on successful concessions by a non-party; and

    2.    Since the mediation, both of the parties to this lawsuit have attempted to obtain such concessions from the non-party. The parties believe that an adjournment of the pre-trial conference and trial in this matter will further the settlement process; and

    3.    The parties have jointly requested an adjournment of the pretrial conference scheduled for December 19, 2007, to January 16, 2008 at 12:00 pm, and of the trial, scheduled for January 8, 2007, to March 25, 2008 at 9:00 am.

JAFFE & ASHER LLP

By: /s/Mark H. Moore
Ira N. Glauber (admitted *pro hac vice*)
Mark H. Moore (admitted *pro hac vice*)
600 Third Avenue
New York, New York 10016
(212) 687-3000 (Tel)
(212) 687-9639 (Fax)

Attorneys for Plaintiff American Express Travel Related Services, Inc.

MARDEROSIAN, RUNYON,
CERCONE, LEHMAN & ARMO

By:   /s/ Michael G. Marderosian
Michael G. Marderosian
Heather S. Cohen
1200 Fulton Mall
Fresno, California 93721-1916
(559) 441-7991

Attorneys for Defendant David Aezah

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ON THE BASIS OF THE PARTIES' STIPULATION, IT IS HEREBY ORDERED BY THIS COURT, that the parties' request for an adjournment of the pretrial conference to January 16, 2008 and trial to March 25, 2008 in this matter is granted.

IT IS SO ORDERED.

Dated:  December 13, 2007

/s/ OLIVER W. WANGER
JUDGE OF THE DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com