Steven Koch, Esq. (SBN 222938)
GUBLER & KOCH
1110 North Chinowth Street
Visalia, California  93291
Tel: (559) 625-9600
Fax: (559) 625-9605

Ira N. Glauber, Esq. (admitted *pro hac vice*)
JAFFE & ASHER LLP
600 Third Avenue
New York, New York 10016
Tel: (212) 687-3000
Fax:  (212) 687-9639

Attorneys for Plaintiff American Express
Travel Related Services Company, Inc.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

-----------------------------------------------------------------x

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York Corporation, | : : : : | Case No. Civ-F-04-6737 OWW |
| Plaintiff, | : : | **STIPULATION AND ORDER** |
| v. | : : | |
| D&A CORPORATION d/b/a BAKERSFIELD WHOLESALE FOODS, a California Corporation, ABDO AEZAH, an Individual, MALAKA M. AEZAH, an Individual, DAVID AEZAH, an Individual, BAKERSFIELD GROCERY WHOLESALE, an unincorporated business entity, DAVE AEZAH INVESTMENT, INC., a California corporation, and DOES 1 through 100, Inclusive, | : : : : : : : : : : | |
| Defendants. | : | |

-----------------------------------------------------------------x

     IT IS HEREBY STIPULATED AND AGREED by the undersigned parties herein, as follows:

     1. On October 28 and 29, 2007, plaintiff American Express Travel Related Services, Inc. ("American Express") and defendants David Aezah ("David"), Bakersfield Grocery Wholesale,

reached a settlement in principle, subject to a written agreement executed by the parties and contingent on successful concessions by non-party Life Foundation;

2. The parties to this litigation have reached a settlement agreement in principal and discussions with non-party Life Foundation are ongoing.

3. The settlement reached between the parties to this litigation and non-party Life Foundation is contingent on the Life Foundation's ability to secure funding by March 31, 2008. In the event funding has been secured, the parties to this litigation will execute a Stipulation and Order of dismissal of this matter. Therefore, it will not be known by the parties until March 31, 2008 if a pre-trial conference and trial will be necessary.

4. The parties have jointly requested that the pretrial conference and trial be continued for sixty days from the date and time currently set.

JAFFE & ASHER LLP

By: /s/Mark H. Moore
Ira N. Glauber (admitted *pro hac vice*)
Mark H. Moore (admitted *pro hac vice*)
600 Third Avenue
New York, New York 10016
(212) 687-3000 (Tel)
(212) 687-9639 (Fax)

Attorneys for Plaintiff American Express Travel Related Services, Inc.

MARDEROSIAN, RUNYON,
CERCONE, LEHMAN & ARMO

By: /s/ Michael G. Marderosian
Michael G. Marderosian
Heather S. Cohen (admitted *pro hac vice*)
1200 Fulton Mall
Fresno, California 93721-1916
(559) 441-7991
Attorneys for Defendant David Aezah

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

ON THE BASIS OF THE PARITIES' STIPULATION, IT IS HEREBY ORDERED BY THIS COURT, that the parties' request to reschedule the pretrial conference and trial is granted, and that the Courtroom Deputy will advise the parties of the new dates and times for the pretrial conference and trial.

IT IS SO ORDERED.

Dated:  February 19, 2008

/s/ OLIVER W. WANGER
JUDGE OF THE DISTRICT COURT