Michael G. Marderosian, No. 77296
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Heather S. Cohen, WSBA No. 34400
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
Telephone: (206) 262-8174
Facsimile: (206) 262-8001
(*Pro Hac Vice*)

Attorneys for:  Defendants DAVID AEZAH, BAKERSFIELD GROCERY WHOLESALE, and DAVE AEZAH INVESTMENTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York corporation,<br><br>    Plaintiff,<br><br>         v.<br><br>D&A Corporation d/b/a/ BAKERSFIELD WHOLESALE FOODS, a California corporation, ABDO AEZAH, an individual, MALAKA M. AEZAH, an individual, DAVID AEZAH, an individual, BAKERSFIELD GROCERY WHOLESALE, an unincorporated business entity, DAVID AEZAH INVESTMENT, INC., a California corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 1:04-CV-06737 OWW TAG<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties herein, as follows:

1. On October 28 and 29, 2007, plaintiff American Express Travel Related Services, Inc. ("American Express") and defendants David Aezah ("David"), Bakersfield Grocery Wholesale,

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

American Express Travel Related Services Co., Inc. v. D&A Corporation, et al.
U.S. District Court Case No. 1:04-CV-06737 OWW TAG

1  reached a settlement in principle, subject to a written agreement executed by the parties and contingent
2  on successful concessions by non-party Life Foundation;

3      2.    The parties to this litigation have reached a settlement agreement in principal and
4  discussions with non-party Life Foundation are ongoing.

5      3.    The settlement reached between the parties to this litigation and non-party Life
6  Foundation is contingent on the Life Foundation's ability to secure funding by May 6, 2008. In the
7  event funding has been secured, the parties to this litigation will execute a Stipulation and Order of
8  dismissal of this matter.   Therefore, it will not be known by the parties until mid May 2008 if a pre-
9  trial conference and trial will be necessary.

10      4.    The parties have jointly requested that the pretrial conference and trial be continued
11  for sixty days from the date and time currently set.

                      JAFFE & ASHER LLP

                      By:  /s/Mark H. Moore
                      Ira N. Glauber (admitted *pro hac vice*)
                      Mark H. Moore (admitted *pro hac vice*)
                      600 Third Avenue
                      New York, New York 10016
                      (212) 687-3000 (Tel)
                      (212) 687-9639 (Fax)

                      Attorneys for Plaintiff American Express
                      Travel Related Services, Inc.

                      MARDEROSIAN, RUNYON,
                      CERCONE, LEHMAN & ARMO

                  By:  /s/ Michael G. Marderosian
                      Michael G. Marderosian
                      Heather S. Cohen (admitted *pro hac vice*)
                      1200 Fulton Mall
                      Fresno, California 93721-1916
                      (559) 441-7991
                      Attorneys for Defendant David Aezah

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

American Express Travel Related Services Co., Inc. v. D&A Corporation, et al.
U.S. District Court Case No. 1:04-CV-06737 OWW TAG

2

# ORDER

ON THE BASIS OF THE PARITIES' STIPULATION, IT IS HEREBY ORDERED BY THIS COURT, that the parties' request to reschedule the pretrial conference and trial is granted, and that the Courtroom Deputy will advise the parties of the new dates and times for the pretrial conference and trial.

The pre-trial conference currently set for 4/28/2008 is continued to June 30, 2008 at 11:00 a.m. before Judge Wanger.  The jury trial currently set for June 10, 2008 is continued to August 12, 2008 at 9:00 a.m.

IT IS SO ORDERED.

IT IS SO ORDERED.


Dated:   April 25, 2008                             /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

American Express Travel Related Services Co., Inc. v. D&A Corporation, et al.
U.S. District Court Case No. 1:04-CV-06737 OWW TAG
3