Steven Koch, Esq. (SBN 222938)
GUBLER & KOCH
1110 North Chinowth Street
Visalia, California  93291
Tel: (559) 625-9600
Fax: (559) 625-9605

Ira N. Glauber, Esq. (admitted *pro hac vice*)
JAFFE & ASHER LLP
600 Third Avenue
New York, New York 10016
Tel: (212) 687-3000
Fax:  (212) 687-9639

Attorneys for Plaintiff American Express
Travel Related Services Company, Inc.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

---------------------------------------------------------------x
AMERICAN EXPRESS TRAVEL RELATED         :   Case No. Civ-F-04-6737 OWW
SERVICES COMPANY, INC., a New York       :
Corporation,                             :
                                         :
                    Plaintiff,           :   **STIPULATION OF**
         v.                              :   **DISMISSAL OF ACTION**
                                         :   **WITH PREJUDICE AS**
D&A CORPORATION d/b/a BAKERSFIELD        :   **AGAINST THE DAVID**
WHOLESALE FOODS, a California Corporation, :  **DEFENDANTS**
ABDO AEZAH, an Individual, MALAKA M.     :
AEZAH, an Individual, DAVID AEZAH, an    :
Individual, BAKERSFIELD GROCERY          :
WHOLESALE, an unincorporated business entity, :
DAVE AEZAH INVESTMENT, INC., a           :
California corporation, and DOES 1 through :
100, Inclusive,                          :
                                         :
                    Defendants.          :
---------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by and between the plaintiff American Express Travel Related Services, Inc. ("American Express") and defendants David Aezah, Bakersfield Grocery Wholesale, and David Aezah Investment Inc. (the "David Defendants"),

1

PDF created with pdfFactory trial version www.pdffactory.com

pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed, with prejudice, as against the David Defendants, and without costs or fees as against either American Express or the David Defendants.

Dated: New York, New York
      May 23, 2008

| MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO | JAFFE & ASHER LLP |
|---|---|
| By: _____<br>    Michael G. Marderosian<br>    Heather S. Cohen<br>    1200 Fulton Mall<br>    Fresno, California 93721-1916<br>    (559) 441-7991 (Tel)<br>    (559) 441-8170 (Fax) | By: /s/ Mark H. Moore<br>    Mark H. Moore<br>    600 Third Avenue<br>    New York, New York 10016<br>    (212) 687-3000 (Tel)<br>    (212) 687-9639 (Fax) |
| Attorneys for Defendant David Aezah, Bakersfield Grocery Wholesale, and David Aezah Investment, Inc. | Attorneys for Plaintiff American Express Travel Related Services, Inc. |

**SO ORDERED:**

Date: May 23, 2008                                /s/ OLIVER W. WANGER
                                                        Oliver W. Wanger
                                                        United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com