UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>D&A CORPORATION dba BAKERSFIELD WHOLESALE FOODS, a California Corporation, ABDO AEZAH, an Individual, MALAKA M. AEZAH, an Individual, DAVID AEZAH, an Individual, BAKERSFIELD GROCERY WHOLESALE, an unincorporated business entity, DAVID AEZAH INVESTMENT, INC. A California Corporation, and DOES 1 through 100, Inclusive,<br><br>Defendant. | 1:04-CV-06737 OWW TAG<br><br>**ORDER DISMISSING ACTION** AS TO DEFENDANT MALAKA M. AEZAH |

Upon the request of Plaintiff, this action is dismissed with prejudice as to defendant MALAKA M. AEZAH only, pursuant to the provisions of Fed.R.Civ.Proc. 41 (a)(2). Each party to bear its or her own costs.

IT IS SO ORDERED.

**Dated:   July 30, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1