**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., | ) ) ) |
| Plaintiff, | ) 1:04-cv-6737 OWW TAG ) |
| v. | ) ) |
| D&A CORPORATION, dba , Bakersfield Wholesale Foods, a California Corporation, ABDO AEZAH, MALAKA M. AEZAH, FAHD AIZAH, DAVID AEZAH, BAKERSFIELD GROCERY WHOLESALE, an unicorporated business entity, DAVE AEZAH INVESTMENT, INC., | ) FINAL JUDGMENT ) ) ) ) ) ) ) ) ) |
| Defendant | ) ) |

Plaintiff American Express Travel Related Services, Inc. Shall recover judgment from Defendants as follows:

1. D&A Corporation dba Bakersfield Wholesale Foods, and Abdo Aezah the principal sum of $3,683,320.97 and a total of $3,683,320.98, plus costs of filing suit.

1

2.   Malaka M. Aezah has been dismissed with prejudice.

3.   Fahd Aizah has been dismissed without prejudice.

4.   David Aezah, Bakersfield Grocery Wholesale, and Dave Aezah Investment, Inc. aka David Aezah Investment, Inc. (the "David Defendants", have been dismissed with prejudice, and without costs or fees as against either Plaintiff or the David Defendants.

5.   The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 7, 2008**                    /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE