UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES INC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D&A CORPORATION dba BAKERSFIELD WHOLESALE FOODS, et al.,<br><br>　　　　Defendants. | Case No.: 1:04-cv-06737 AWI JLT<br><br>ORDER SETTING DEBTOR'S EXAMINATION OF ABDO AEZAH<br><br>(Doc. 454) |

　　　Before the Court is the request to schedule a debtor's examination of judgment debtor, Abdo Aezah. (Doc. 454) Good cause appearing, the Court ORDERS a debtor's examination to occur on December 27, 2011 at 9:00 a.m. before the Honorable Jennifer L. Thurston, United States Magistrate Judge at the United States Bankruptcy Courtroom at 1300 18th Street, Bakersfield, California.

　　　Plaintiff SHALL serve notice to Abdo Aezah of the debtor's examination.

IT IS SO ORDERED.

Dated:  **November 18, 2011**　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1