# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> D&A CORPORATION dba BAKERSFIELD WHOLESALE FOODS, et al <br><br> Defendants. | CASE NO: 1:04-CV-06737-AWI-JLT <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST FOR A CONTINUANCE OF DEBTOR'S EXAMINATION** |

Good cause appearing, Plaintiff's request to continue the Debtor's Examination, currently set on December 27, 2011, is **CONTINUED** to February 7, 2012 at 9:00 a.m. Plaintiff SHALL serve notice of the examination to Defendant.

IT IS SO ORDERED.

Dated:   **December 20, 2011**         /s/ Jennifer L. Thurston
                                                        UNITED STATES MAGISTRATE JUDGE