# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> D&A CORPORATION dba BAKERSFIELD WHOLESALE FOODS, et al <br><br> Defendants. | CASE NO: 1:04-CV-06737-AWI-JLT <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST TO VACATE DEBTOR'S EXAMINATION** <br><br> **(DOC. 462)** |

Based upon Plaintiff's inability to serve Defendant notice of the debtor's examination, the debtor's examination, currently set on February 7, 2012 at 9:00 a.m. is **VACATED**.

IT IS SO ORDERED.

Dated:  **January 19, 2012**           /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE